■ THE PEOPLE OF THE STATE OF NEW YORK v. MARIO GIANNASCA.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ AMETCO, LTD., v. INTERIM, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 19, 1962, with notice of argument for May 1, 1962, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of PENN STATION SOUTH SLUM CLEARANCE PROJECT. CITY OF NEW YORK, Appellant; OPERA THEATRE COMPANY, INC., et al., Respondents.— Motion for an extension of time granted insofar as to extend the time of all the parties who have taken appeals from the second separate and partial final decree to perfect their appeals to March 26, 1962. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT LOUIS EVANS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ETTA RAND. (C) THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER MAYERS.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of ISAAC STRAHL, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ THE CEMETERY BOARD OF THE STATE OF NEW YORK v. THE EVERGREENS CEMETERY, THE GREENWOOD CEMETERY and THE LUTHERAN CEMETERY.— Motion for a stay denied. The appeals are placed on the February 21, 1962 Calendar of this court. The record on appeal and appellant's points are to be served and filed on or before noon on February 13, 1962. Respondents' points are to be served and filed on or before February 19, 1962. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

## (February 8, 1962)

■ HOWARD DOLCH, an Infant, by IRVING DOLCH, His Guardian ad Litem, et al., Respondents, v. COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.

MEMORANDUM: Order entered on August 1, 1961 denying defendant's motion for summary judgment, affirmed, with $20 costs and disbursements to the respondents. Plaintiffs, on February 27, 1959, recovered a judgment after inquest against the owner of a dwelling in an action for personal injuries which is unsatisfied. This action is against the owner's insurer on a liability policy covering the premises. Defendant's motion for summary judgment is grounded on an affidavit by an associate of defendant's attorney, largely hearsay, which includes the following: "On June 12, 1957 the personal injury action came on for pre-trial * * * It appeared that corroborating proof that the premises was a multiple dwelling would be forthcoming as a basis for alleged liability." The same affidavit alleges that the defendant insurer thereafter withdrew from the defense of the action "because of the misrepresentation